1
COOLEY LLP
BOBBY GHAJAR (198719)
2
bghajar@cooley.com
TIMOTHY D. HANCE (288378)
3
thance@cooley.com
1333 2nd Street
4
Suite 400
Santa Monica, CA  90401
5
Telephone:   (310) 883-6400
Facsimile:   (310) 883-6500
6

7
Attorneys for Defendant
ABERCROMBIE & FITCH, CO.

8

9
UNITED STATES DISTRICT COURT

10
CENTRAL DISTRICT OF CALIFORNIA

11
WESTERN DIVISION

12
WONGAB CORPORATION, a
Korean Corporation,
13

14
Plaintiff,

15
v.

16
ABERCROMBIE & FITCH CO., an
Ohio Corporation; and DOES 1-10,

17
Defendants.

18

19

20

21

22

23

24

25

26

27

28

Case No.  2:16-cv-5197-GW(PJWx)

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BEYOND THIRTY DAYS (L.R. 8-3)**

Complaint served:        July 22, 2016
Current response date: September 11, 2016
New response date:      October 11, 2016

1.

STIPULATION TO EXTEND TIME TO
RESPOND TO COMPLAINT
2:16-CV-5197-GW(PJWx)

1    Defendant Abercrombie & Fitch Co. ("Abercrombie"), by and through its

2    undersigned attorneys, and plaintiff Wongab Corporation ("Plaintiff"), by and through

3    its undersigned attorneys (collectively, the "Parties"), hereby stipulate as follows:

4        **1.**    Plaintiff served Abercrombie with the summons and complaint in the

5    above-referenced civil action on July 22, 2016 by certified mail.

6        **2.**    The Parties filed for a stipulation for extension of time to respond to the

7    complaint by 21 days on August 10, 2016 (Docket No. 11).  Thereafter, the Parties

8    filed for a second stipulation for extension of time to respond to the complaint by 9

9    days on August 30, 2016 (Docket No. 14).  No Court order was necessary as these

10   extensions of time did not exceed thirty (30) days, in total.

11       **3.**    Defendant Abercrombie is continuing to investigate the allegations in the

12   complaint and seeks additional time to prepare its response.  Specifically,

13   Abercrombie has requested Plaintiff to provide it with a copy of the asserted copyright

14   application and deposit materials referenced in the complaint so that Abercrombie can

15   fully evaluate the alleged infringement claims and any available defenses.  Plaintiff

16   has agreed to do so in exchange for additional information from Abercrombie that

17   may lead Plaintiff to amend or revise its complaint.

18       **4.**    The requested extension would not affect any other Court deadlines, as

19   the date for the Case Management Conference has not been set by the Court.

20       NOW THEREFORE for these reasons, the Parties hereby stipulate and agree

21   that good cause exists to extend Abercrombie's deadline to answer, move, or

22   otherwise respond to the complaint by an additional 30 days, to and including October

23   11, 2016, and jointly respectfully request that the Court enter the attached Proposed

24   Order granting same.

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES

2.

**STIPULATION TO EXTEND TIME TO
RESPOND TO COMPLAINT
2:16-CV-5197-GW(PJWx)**

1    Dated:      September 7, 2016      DONIGER/BURROUGHS

2

3                                      /s/ *Scott Alan Burroughs*
                                       Scott Alan Burroughs
4                                      Attorneys for Plaintiff
                                       WONGAB CORPORATION
5

6    Dated:      September 7, 2016      COOLEY LLP
                                        BOBBY GHAJAR
7                                       TIMOTHY D. HANCE

8

9                                      /s/ *Bobby Ghajar*
                                       Bobby Ghajar
10                                     Attorneys for Defendant
                                       ABERCROMBIE & FITCH, CO.
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES

3.

**STIPULATION TO EXTEND TIME TO
RESPOND TO COMPLAINT
2:16-CV-5197-GW(PJWx)**

## <u>ATTESTATION REGARDING SIGNATURES</u>

I, Bobby Ghajar, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  September 7, 2016                    /s/ *Bobby Ghajar*
                                                          Bobby Ghajar

136387072 v2

4.

**STIPULATION TO EXTEND TIME TO
RESPOND TO COMPLAINT
2:16-CV-5197-GW(PJWx)**