1    COOLEY LLP
     BOBBY GHAJAR (198719)
2    bghajar@cooley.com
     TIMOTHY D. HANCE (288378)
3    thance@cooley.com
     1333 2nd Street
4    Suite 400
     Santa Monica, CA 90401
5    Telephone: (310) 883-6400
     Facsimile: (310) 883-6500
6
7    Attorneys for Defendant
     ABERCROMBIE & FITCH CO.
8

9                    UNITED STATES DISTRICT COURT

10                  CENTRAL DISTRICT OF CALIFORNIA

11                        WESTERN DIVISION

12

13   WONGAB CORPORATION, a              Case No. 2:16-cv-5197-GW(PJWx)
     Korean Corporation,
14                                      **DEFENDANT ABERCROMBIE &**
                    Plaintiff,          **FITCH, CO.'S ANSWER TO**
15                                      **PLAINTIFF'S FIRST AMENDED**
          v.                            **COMPLAINT**
16
     ABERCROMBIE & FITCH CO., a
17   Delaware Corporation (erroneously
     sued as an Ohio Corporation); and
18   DOES 1-10,
19                  Defendants.
20
21
22
23
24
25
26
27
28

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES       138918663

**TO ALL PARTIES HEREIN AND THEIR COUNSEL OF RECORD:**

Defendant Abercrombie & Fitch, Co. (hereinafter "Defendant") hereby answers the First Amended Complaint ("FAC") filed by Plaintiff Wongab Corporation (hereinafter "Plaintiff").  Defendant notes that Plaintiff did not obtain leave of the Court to file the FAC even though the amendment was made more than 21 days after service of the Complaint. Fed. R. Civ. P. 15 (a)(1)(A).

## INTRODUCTION

To the extent that the "Introduction" in the FAC requires a response, Defendant lacks sufficient information on which to form a belief as to the truth of the allegations in the first two sentences, and on that basis denies those allegations.  Defendant denies the allegations in the third sentence.

## JURISDICTION AND VENUE

1.      Defendant admits the allegation in Paragraph 1.

2.      Defendant admits the allegation in Paragraph 2.

3.      Defendant denies that venue is appropriate in this district, given that Plaintiff is a Korean company, and Defendant is based in Ohio.  Defendant lacks sufficient knowledge and information upon which to form a belief as to the truth or falsity of the remaining allegations in Paragraph 3, and on that basis denies them.

## PARTIES

4.      Defendant lacks sufficient knowledge and information upon which to form a belief as to the truth or falsity of the allegations contained in Paragraph 4 and on that basis denies them.

5.      Defendant denies that the correct Abercrombie & Fitch Co. entity is a corporation organized and existing under the laws of the state of Ohio.  Defendant admits that the correct Abercrombie & Fitch Co. entity is a Delaware corporation, and is doing business in and with the state of California.

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES

138918663

1

DEFENDANT'S ANSWER TO
PLAINTIFF'S FIRST AMENDED COMPLAINT
2:16-CV-5197-GW(PJWx)

6.      Answering only on behalf of Defendant, Defendant lacks sufficient knowledge and information upon which to form a belief as to the truth or falsity of the allegations contained in Paragraph 6, especially as to the unidentified DOE defendants, and on that basis denies them.

7.      Answering only on behalf of Defendant, Defendant denies the allegations contained in Paragraph 7.

## CLAIMS RELATED TO "DESIGN D1809"

8.      Defendant lacks sufficient knowledge and information upon which to form a belief as to the truth or falsity of the allegations contained in Paragraph 8 and on that basis denies them.

9.      Defendant lacks sufficient knowledge and information upon which to form a belief as to the truth or falsity of the allegations contained in Paragraph 9 and on that basis denies them.

10.      Answering only on behalf of Defendant, Defendant admits that it sold certain garments bearing the design shown as an image in Paragraph 11 of the FAC, but denies the remaining allegations contained in Paragraph 10.

11.      Defendant admits that the FAC portrays what Plaintiff purports to be a "comparison" of two designs, but otherwise denies the allegations contained in Paragraph 11.

## FIRST CLAIM FOR RELIEF

(Alleged Copyright Infringement)

12.      Defendant repeats and incorporates by reference its responses to each and every allegation set forth in the preceding paragraphs of its Answer.

13.      Answering only on behalf of Defendant, Defendant lacks sufficient knowledge and information upon which to form a belief as to the truth or falsity of the allegations contained in Paragraph 13 and on that basis denies them.

14.      Answering only on behalf of Defendant, Defendant denies the allegation of infringement, and lacks sufficient knowledge and information upon which to form a

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES

138918663

2

DEFENDANT'S ANSWER TO
PLAINTIFF'S FIRST AMENDED COMPLAINT
2:16-CV-5197-GW(PJWx)

1   belief as to the truth or falsity of the remaining allegations contained in Paragraph 14

2   and on that basis denies them.

3       15.   Answering only on behalf of Defendant, Defendant denies the allegation

4   of infringement, and lacks sufficient knowledge and information upon which to form a

5   belief as to the truth or falsity of the remaining allegations contained in Paragraph 15

6   and on that basis denies them.

7       16.   Answering only on behalf of Defendant, Defendant denies the allegation

8   of infringement, and lacks sufficient knowledge and information upon which to form a

9   belief as to the truth or falsity of the remaining allegations contained in Paragraph 16

10  and on that basis denies them.  Defendant further denies that Plaintiff has suffered any

11  damage, let alone substantial damages to its business.

12      17.   Answering only on behalf of Defendant, Defendant denies the allegation

13  of infringement, and lacks sufficient knowledge and information upon which to form a

14  belief as to the truth or falsity of the remaining allegations contained in Paragraph 17

15  and on that basis denies them.  Defendant further denies that Plaintiff is entitled to any

16  damages, let alone "special damages."

17      18.   Answering only on behalf of Defendant, Defendant denies the allegation

18  of infringement, and lacks sufficient knowledge and information upon which to form a

19  belief as to the truth or falsity of the remaining allegations contained in Paragraph 18

20  and on that basis denies them.  Defendant further denies that it obtained any "profits"

21  attributable to any alleged infringement.

22      19.   Answering only on behalf of Defendant, Defendant denies the allegation

23  of infringement, and lacks sufficient knowledge and information upon which to form a

24  belief as to the truth or falsity of the remaining allegations contained in Paragraph 19

25  and on that basis denies them.

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES

138918663

3

DEFENDANT'S ANSWER TO
PLAINTIFF'S FIRST AMENDED COMPLAINT
2:16-CV-5197-GW(PJWx)

**SECOND CLAIM FOR RELIEF**

(For Vicarious and/or Contributory Copyright Infringement)

20.    Defendant repeats and incorporates by reference its responses to each and every allegation set forth in the preceding paragraphs of its Answer.

21.    Answering only on behalf of Defendant, Defendant denies the allegation of infringement, or that claims of "vicarious or contributory infringement" would be applicable to it, and otherwise lacks sufficient knowledge and information upon which to form a belief as to the truth or falsity of the remaining allegations contained in Paragraph 21 and on that basis denies them.

22.    Answering only on behalf of Defendant, Defendant denies the allegation of infringement, or that claims of "vicarious or contributory infringement" would be applicable to it, and otherwise lacks sufficient knowledge and information upon which to form a belief as to the truth or falsity of the remaining allegations contained in Paragraph 22 and on that basis denies them.

23.    Answering only on behalf of Defendant, Defendant denies the allegation of infringement, or that claims of "vicarious or contributory infringement" would be applicable to it, and otherwise lacks sufficient knowledge and information upon which to form a belief as to the truth or falsity of the remaining allegations contained in Paragraph 23, and on that basis denies them.  Defendant further denies that Plaintiff has suffered any damage, let alone substantial damages to its business.

24.    Answering only on behalf of Defendant, Defendant denies the allegation of infringement, or that claims of "vicarious or contributory infringement" would be applicable to it, and otherwise lacks sufficient knowledge and information upon which to form a belief as to the truth or falsity of the remaining allegations contained in Paragraph 24 and on that basis denies them.  Defendant further denies that it obtained any "profits" attributable to any alleged infringement.

25.    Answering only on behalf of Defendant, Defendant denies the allegation of infringement, or that claims of "vicarious or contributory infringement" would be

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES

138918663

4

DEFENDANT'S ANSWER TO
PLAINTIFF'S FIRST AMENDED COMPLAINT
2:16-CV-5197-GW(PJWx)

applicable to it, and otherwise lacks sufficient knowledge and information upon which to form a belief as to the truth or falsity of the remaining allegations contained in Paragraph 25 and on that basis denies them.

## RESPONSE TO PRAYER FOR RELIEF

Defendant denies any alleged wrongdoing and denies that Plaintiff is entitled to any relief that it seeks in the FAC.  Defendant demands judgment in its favor and against Plaintiff on each and every count and claim for liability and damages, and an award of Defendant's attorneys' fees and costs as permitted by law.

## AFFIRMATIVE DEFENSES

In further answering the FAC, Defendant denies all allegations contained within the FAC not specifically admitted to herein, and also declares the following affirmative defenses without assuming the burden of proof when such burden would lawfully be on Plaintiff.  Defendant expressly reserves the right to amend its Answer to assert any other legal or equitable defenses as additional information becomes available and/or is otherwise discovered.

## FIRST AFFIRMATIVE DEFENSE

### (Abandonment and Lack of Ownership)

1.     On information and belief, Plaintiff abandoned its rights to the asserted copyright and/or does not own the copyright by virtue of its actions or inactions in Korea, where the asserted design was created.

## SECOND AFFIRMATIVE DEFENSE

### (Consent, Acquiescence, and Estoppel)

2.     Plaintiff's claims are barred by the doctrines of acquiescence and/or estoppel.  Through its actions, Plaintiff provided actual or implied consent, or was aware and did not object, to another manufacturer's use of a lace pattern that it now accuses of infringement.

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES

138918663

5

DEFENDANT'S ANSWER TO
PLAINTIFF'S FIRST AMENDED COMPLAINT
2:16-CV-5197-GW(PJWx)

1                                **THIRD AFFIRMATIVE DEFENSE**

2                                    (Lack of Standing)

3       3.       On information and belief, Plaintiff lacks standing to sue Defendant.

4                               **FOURTH AFFIRMATIVE DEFENSE**

5                                 (Lack of Originality)

6       4.       On information and belief, Plaintiff's asserted copyright lacks sufficient

7 originality for copyright protection as the asserted design is a generic lace pattern.

8                                **FIFTH AFFIRMATIVE DEFENSE**

9                                  (No Copying)

10      5.       There is no evidence that Defendant copied Plaintiff's asserted design.

11                                **SIXTH AFFIRMATIVE DEFENSE**

12                              (No Special Damages)

13       6.       Plaintiff is not entitled to any special damages.

14

15                               **<u>DEMAND FOR JURY TRIAL</u>**

16       Defendant hereby demands a jury trial as provided by Rule 38(a) of the Federal

17 Rules of Civil Procedure.

18

19

20 Dated:       November 29, 2016       COOLEY LLP

                                               BOBBY GHAJAR

21                                                TIMOTHY D. HANCE

22

23                                          /s/ Bobby Ghajar

                                           Bobby Ghajar

24                                          Attorneys for Defendant

                                         ABERCROMBIE & FITCH, CO.

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES

138918663                   6                   **DEFENDANT'S ANSWER TO
PLAINTIFF'S FIRST AMENDED COMPLAINT
2:16-CV-5197-GW(PJWx)**