1  Stephen M. Doniger (SBN 179314)
   stephen@donigerlawfirm.com
2  Scott Alan Burroughs (SBN 235718)
   scott@donigerlawfirm.com
3  Trevor W. Barrett (SBN 287174)
4  tbarrett@donigerlawfirm.com
   DONIGER / BURROUGHS
5  603 Rose Avenue
6  Venice California 90291
7  Telephone: (310) 590-1820

8  Attorneys for Plaintiff

9
                  **UNITED STATES DISTRICT COURT**
10
                  **CENTRAL DISTRICT OF CALIFORNIA**
11

| | |
|---|---|
| WONGAB CORPORATION, | Case No.: CV16-05197-GW(PJWx) |
| Plaintiff, | **STIPULATION TO DISMISS ACTION WITH PREJUDICE** |
| vs. | |
| ABERCROMBIE & FITCH CO.; et al., | |
| Defendants. | |

- 1 -

STIPULATION TO DISMISS ACTION

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Wongab Corporation and Abercrombie & Fitch Co. hereby STIPULATE as follows:

1.  This action is hereby dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii);

3.  The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action; and

4.  No proposed order is required to effect this dismissal per Fed.R.Civ.P. 41(a)(1)(A)(ii)

SO STIPULATED.

Dated: January 19, 2017     By:  /s/ Scott A. Burroughs
                                 Scott A. Burroughs, Esq.
                                 Trevor W. Barrett, Esq.
                                 DONIGER / BURROUGHS
                                 Attorneys for Plaintiff


Dated: January 19, 2017     By:  /s/ Bobby A. Ghajar
                                 Bobby A. Ghajar Esq.
                                 COOLEY LLP
                                 Attorneys for Defendant


Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.